UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGGIE L. McCOY,<br><br>    Petitioner,<br><br>v.<br><br>PAUL M. SCHULTZ,<br><br>    Respondent. | 1:05-cv-00181-OWW-DLB-HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 5)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** (Doc. 1)<br><br>**ORDER DIRECTING CLERK TO ENTER JUDGMENT** |

    Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    On March 14, 2005, the Magistrate Judge filed Findings and Recommendation that the Petition for Writ of Habeas Corpus be DISMISSED, and judgment be entered. These Findings and Recommendation were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. On April 18, 2005, Petitioner filed objections to the Findings and Recommendation.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper

///

1

analysis.  Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed March 14, 2005, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is DISMISSED; and,

3. The Clerk of Court ENTER judgment.

IT IS SO ORDERED.

**Dated:    June 14, 2005**                              **/s/ Oliver W. Wanger**
emm0d6                                                              UNITED STATES DISTRICT JUDGE